**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| AIDAN BEVACQUA, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES, INC., a Texas Corporation,<br><br>      Defendant. | Civil Action No: 3:22-cv-01837-L |

**UNOPPOSED MOTION TO ENLARGE TIME UNDER L.R. 23.2**

Plaintiff Aidan Bevacqua ("Plaintiff"), by and through his attorneys, respectfully moves the Court to enlarge the prescribed time to move for class certification under L.R. 23.2. Plaintiff provided this Motion to Enlarge Time to Defendant before it was filed and Defendant informed Plaintiff that it does not oppose Plaintiff's Motion.

In support thereof, Plaintiff would show as follows:

1.      Plaintiff's original Complaint was filed on August 18, 2022. The appropriate summons was timely issued by the Clerk of the Court the following day.

2.      Plaintiff served Defendant Southwest Airlines, Inc. on September 12, 2022. *See* ECF No. 14.

3.      Defendant filed an Unopposed Motion for Extension of Time to File Answer, Respond, or Otherwise Move on September 27, 2012.  ECF No. 15. The Court granted Defendant's request.  ECF No. 16.  Defendant's response is now due on October 24, 2022.  ECF No. 16.

4.      Defendant informed Plaintiff it will, on or before October 24, 2022, file a motion to dismiss the Complaint's sole cause of action and/or to strike the class allegations.

864063.9

5.      The Parties met and conferred about the bases for Defendant's motion to dismiss or strike. The Parties also met and conferred about the timing of Plaintiff's discovery requests and the deadline for class certification under L.R. 23.2.

6.      To help facilitate the efficient litigation of this action through a well-considered discovery plan, including an estimate of the time needed to complete discovery concerning class certification, and pursuant to Federal Rule of Civil Procedure 26(d)(2), Plaintiff delivered his First Set of Requests for Production to Defendant on October 14, 2022.  *See* Fed. R. Civ. P. 26, 2015 cmts. (the addition of subsection (d)(2) to Rule 26 allowing early service of Requests for Production "is designed to facilitate focused discussion during the Rule 26(f) conference.").

7.      The Parties have met and conferred about Plaintiff delivering early Rule 34 requests.  Defendant's position is that discovery should not begin unless and until the Court issues an order denying Defendant's motion to dismiss or strike.  Defendant states it thus reserves the right to object to the timing of service of the Rule 34 requests and/or to seek a stay of discovery pending a ruling on Defendant's motion to dismiss or strike.

8.      Pursuant to Local Rule 23.2, Plaintiff must move for class certification "within 90 days of filing a class action complaint, or at such other time as the presiding judge by order directs …."  Plaintiff's motion for class certification, therefore, is due on November 16, 2022.

9.      Plaintiff requests an enlargement of the time to file the motion for class certification because: (a) Defendant's deadline to file a responsive pleading has been extended to October 24, 2022; (b) Defendant likely will file its motion to dismiss or strike on October 24, 2022; (c) Plaintiff will not have had the opportunity to complete adequate discovery to meet his burden under Rule 34 and L.R. 23.2 prior to the current November 16, 2022 deadline despite delivering early Rule 34 requests pursuant to Fed. R. Civ. Proc. 26(d)(2); and (d) Defendant does not oppose this requested enlargement of time.

10.     Plaintiff requests that the deadline to file the motion for class certification be set after the Parties submit their Joint Status Report, which will include a proposed discovery plan and a proposed deadline for filing the motion for class certification.

2

864063.9

## PRAYER

WHEREFORE, Plaintiff PRAYS this Court vacate the prescribed time-period for filing Plaintiff's Motion for Certification pursuant to LR 23.2 (currently November 16, 2022) and set that deadline after the Parties to submit a proposed deadline with their Joint Status Report.

Dated: October 19, 2022                    Respectfully submitted,


                                           GOLDSTEIN, BORGEN, DARDARIAN & HO

                                           _/s/ Byron Goldstein_
                                           Byron Goldstein (*pro hac vice*)
                                           brgoldstein@gbdhlegal.com
                                           Laura Ho (*pro hac vice*)
                                           lho@gbdhlegal.com
                                           James Kan (*pro hac vice*)
                                           jkan@gbdhlegal.com
                                           brgoldstein@gbdhlegal.com
                                           Mengfei Sun (*pro hac vice*)
                                           msun@gbdhlegal.com
                                           155 Grand Avenue, Suite 900
                                           Oakland, CA  94612
                                           (510) 763-9800; (510) 835-1417 (fax)

                                           Stephen T. Blackburn (Tex. Bar No. 24043555)
                                           Stephen.T.Blackburn@gmail.com
                                           2626 Cole Avenue, Suite 300
                                           Dallas, TX 75204
                                           (214) 263-5797; (214) 594-8986 (fax)

                                           ATTORNEYS FOR PLAINTIFF AND THE
                                           PUTATIVE CLASS

3

## CERTIFICATE OF CONFERENCE

I certify that on October 7, 2022, Plaintiff's Counsel conferred with counsel for Defendant by phone regarding this Motion, and counsel for Defendant stated that they are unopposed to the Motion.

/s/ *Byron Goldstein*
Byron Goldstein

## CERTIFICATE OF SERVICE

On October 19, 2022, I filed Unopposed Motion to Enlarge Time Under L.R. 23.2 with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

/s/ *Byron Goldstein*
Byron Goldstein

864063.9